

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION |
|---|---|---|
|  | : | NO. 12-2878 |
| v. | : |  |
|  | : | CRIMINAL ACTION |
| SCOTT BAYRON | : | 95-338 |

ORDER

BERLE M. SCHILLER, J.

**FILED**
AUG 28 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 28 day of Aug, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and objections thereto, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED WITH PREJUDICE AS UNTIMELY.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER

xc: MAILED
S. BAYRON